UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRENDA HOGAN and RIPAWS, INC.,

*Plaintiffs,*

vs.

WALTER BARLOW, JR., and the
CITY OF EAST PROVIDENCE,

*Defendants.*

[redacted] 06 149 T
C.A. No.

*(R.I. Superior Court C.A. No. PC05-6199)*

**PETITION FOR REMOVAL**

**To: United States District Court
for the District of Rhode Island**

1. Defendants, Walter Barlow, Jr. and the City of East Providence, are defendants in a civil action filed in the Providence County Superior Court entitled, *Brenda Hogan, et al. v. Walter Barlow, Jr., et al., C.A. No. PC05-6199.* Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint on December 2, 2005. Upon information and belief, this complaint was served on or about March 28, 2006.

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

STATE RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2005-6199 BRENDA HOGAN V WALTER BARLOW JR

Filing Date: 12-02-2005 Case Type: PERSONAL INJURY

Case Status: UNASSIGNED Status Date: 12-02-2005

Plaintiff: BRENDA HOGAN Attorney: BERNARD HEALY

ID: @10701588

Plaintiff: RIPAWS , INC Attorney: BERNARD HEALY

ID: @10701589

Defendant: WALTER BARLOW JR

ID: @10701590

Defendant: CITY OF EAST PROVIDENCE

ID: EPROVIDEN

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-02-2005 | COMPLAINT FILED | |
| 12-02-2005 | INITIAL FILING FEE | |
| 12-02-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP216335. |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

%%

R E C E I P T

Rhode Island Justice System

Receipt Number: SCP216335
Date: 02-DEC-2005
Cashier: LSY

Payor: LB - BERNARD P HEALY
Address:
DOB:

| Description | Amount |
|---|---|
| Case: PC-2005-6199 | |
| BRENDA HOGAN V WALTER BARLOW | |
| INITIAL FILING FE | 150.00 |
| RI LEGAL SERVICES | 10.00 |
| Present Balance: | 160.00 |
| Amount Paid: | 160.00 |
| New Balance Due: | 0.00 |

Tender Type:

| | |
|---|---|
| CHECKS-SCP-428 | 160.00 |
| | 0.00 |
| Amount Tendered: | 160.00 |
| Amount Paid: | 160.00 |
| Change: | 0.00 |

Office ... Superior Court
Counties of P... Bristol
Providence Rhode Island

MISC./FISCAL OFFICE

MISC./FISCAL OFFICE

S-223

STATE OF RHODE ISLAND
SUPERIOR COURT

# CIVIL CASE COVER SHEET

Case # (Filled in by Clerk's Office)
PC05-6199

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.10). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| BRENDA HOGAN AND RIPAWS, INC. | WALTER BARLOW, JR. AND THE CITY OF EAST PROVIDENCE |

**NATURE OF PROCEEDING** — Check the applicable case type under the main categories listed below.

District Court Appeal ☐ yes (Check type below)

## CIVIL ACTIONS

- ☐ AGA Agency appeal
- ☐ BKA Book account
- ☐ CLA Common law assignment
- ☐ CLL Common law lien
- ☐ CON Contract
- ☐ CIC Criminal inj compensation
- ☐ DOJ Debt on judgment
- ☐ DTP Deceptive trade practice
- ☐ DEJ Declaratory judgment
- ☐ EXT Excessive tax
- ☐ INR Injunctive relief
- ☐ MLE Malpractice/legal
- ☐ MME Malpractice/medical
- ☐ MOT Malpractice/other
- ☐ WOM Mandamus, writ of
- ☐ PRT Partition
- ■ PER Personal injury
- ☐ IDV Personal inj/Prop dam-vehicle
- ☐ PIV Personal injury-vehicle
- ☐ PRL Product liability
- ☐ PRN Promissory note
- ☐ PDV Property damage-vehicle
- ☐ RLP Real Property
- ☐ ROF Recovery of funds
- ☐ WOR Replevin, writ of
- ☐ SPP Specific performance
- ☐ TCO Title clearing (other than tax title)
- ☐ TAE Trespass and ejectment
- ☐ TCT Trustee/appt convey title
- ☐ UNM Uninsured motorist
- ☐ WRD Wrongful death

☐ Other than above (specify):

## MISCELLANEOUS PETITIONS

- ☐ ARA Arbitration award
- ☐ CAR Arbitration/confirm
- ☐ RTA Arbitration/referral
- ☐ VAR Arbitration/vacate
- ☐ AOD Assessment of damages
- ☐ CND Condemnation
- ☐ CFC Confirm compromise
- ☐ DOC Dissolution of corp.
- ☐ EDP End partnership
- ☐ TLF Foreclosure/tax lien
- ☐ FOC Forfeiture of charter
- ☐ HAC Habeas corpus
- ☐ MAW Material witness
- ☐ MEL Mechanics lien
- ☐ OSW Out of state witness
- ☐ PFS Perform surgery
- ☐ PTE Petition to expunge
- ☐ PFI Petition for immunity
- ☐ PIN Pet for inventory (wire tap)
- ☐ PFR Petition for review
- ☐ PTD Pet to take deposition
- ☐ PCR Post conviction relief
- ☐ REC Receivership
- ☐ R5A Rule 5A petition
- ☐ TCL Title clearing (tax title)
- ☐ AOT Trustee/appointment of

☐ Other than above (specify):

## PROBATE APPEALS

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ Other than above (specify):

Clarifying remarks:

Is this an action that will require a trial? ■ yes ☐ no If yes: ☒ jury ☐ non-jury

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 DEC -2 P 2:44

| (attorney name) | (date) |
|---|---|
| ☐ pro se Bernard P. Healy | December 2, 2005 |