STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

BRENDA HOGAN AND
RIPAWS, INC. :

C. A. NO. PC05-6199

VS: :

WALTER BARLOW, JR., AND
THE CITY OF EAST PROVIDENCE :

**COMPLAINT**
**COUNT I**

1. The plaintiff, Brenda Hogan, is actively involved in the care, rescue and treatment of homeless animals and in that capacity became actively involved in the care of animals held at the city pound of the City of East Providence.

2. RIPAWS, Inc., a non-profit corporation, organized under the laws of the State of Rhode Island, did render care to homeless animals at the city pound in the City of East Providence.

3. The City of East Providence is a municipal corporation organized and existing under the laws of the State of Rhode Island.

4. At all times relevant hereto, the City of East Providence did hire and engage Walter Barlow, Jr., to oversee activities at the city pound.

5. The plaintiff brings this action pursuant to 42 USC 1983, the Rhode Island Civil Rights Act of 1990, Rhode Island General Laws Sections 41-112-1 and following and the Rhode Island Constitution, Article 1, Section 2.

6. At various and diverse times between September 1, 2002, and June 1, 2003, the defendant, Walter Barlow, Jr., acting under color of state law, willfully and maliciously did deprive the plaintiffs, RIPAWS, Inc., and Brenda Hogan, of their rights secured under the Constitution of the United States of America and the State of Rhode Island and did willfully and maliciously interfere with the property rights and liberty of the plaintiffs.

7. The City of East Providence knew and condoned the willful and malicious acts of its agents, servants and employee, Walter Barlow, Jr.

8. As a direct and proximate result of the willful and malicious acts of the defendants, the plaintiff, Brenda Hogan, did suffer grave and severe injury to her person, was compelled to incur great expense for her care and treatment, was compelled to endure great pain and suffering and was otherwise greatly damnified.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 DEC -2 P 2: 44

9. As a direct and proximate result of the willful and malicious acts of the defendants, RIPAWS, Inc., was deprived of its property and beneficial use, enjoyment and acquisition thereof.

WHEREFORE, the plaintiffs demand judgment against the defendants, and both of them, both jointly and severally, in a sum sufficient to compensate them fully for all losses flowing from their deprivation of civil rights.

**COUNT II**

10. Paragraphs 1 through 9 of Count I are incorporated by reference herein and made a part hereof.

11. The defendants, Walter Barlow, Jr., and the City of East Providence did in May, 2003, libel and defame the plaintiff, Brenda Hogan, Inc.

12. As a direct and proximate result of the defendants' wrongful statements, the plaintiff, Brenda Hogan, did suffer grave and severe injury to her person and reputation, did suffer severe and grave emotional distress, and was otherwise greatly damnified.

**COUNT III**

13. In or about May and June, 2003, the defendants, the City of East Providence and its agent, Walter Barlow, Jr., did willfully and intentionally inflict grave and severe emotional distress upon the plaintiff, Brenda Hogan.

14. As a direct and proximate result of the willful and malicious acts of the defendants, Brenda Hogan did suffer grave and severe injury to her person, was compelled to incur grave expense for her care and treatment, was compelled to endure great pain and suffering and was otherwise greatly damnified.

WHEREFORE, the plaintiff, Brenda Hogan, demands judgment against the defendants, and both of them, both jointly and severally, in a sum sufficient to compensate her fully for all injuries and losses falling from the wrongful acts of defendants.

Plaintiff claims a trial by jury.

PLAINTIFFS
By their Attorney,

Bernard P. Healy (2072)
91 Friendship Street
Providence, RI 02903
(401) 521-2900