UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRENDA HOGAN AND
RIPAWS, INC.

*Plaintiffs,*

vs.

WALTER BARLOW, JR. AND THE
CITY OF EAST PROVIDENCE

*Defendants.*

CA 06 149 T
C.A. No.

**ANSWER**

Now come defendants, Walter Barlow, Jr. and the City of East Providence and hereby answer plaintiffs' complaint as follows:

1. These defendants make no response to the allegations contained in paragraphs 1 and 5 of Count 1 of the plaintiffs' complaint and leave plaintiffs to their proof of same.

2. These defendants admit the allegations contained in paragraphs 2, 3 and 4 of Count 1 of the plaintiffs' complaint.

3. These defendants deny the allegations contained in paragraphs 6, 7, 8 and 9 of Count 1 of the plaintiffs' complaint.

4. These defendants deny the allegations contained in paragraphs 10, 11 and 12 of Count 2 of the plaintiffs' complaint.

5. These defendants deny the allegations contained in paragraphs 13 and 14 of Count 3 of the plaintiffs' complaint.

{

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within complaint.

FOURTH AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on some of the damages claimed in this matter.

FIFTH AFFIRMATIVE DEFENSE

These defendants plead the statute of limitations as a bar and restriction on this matter.

**These defendants demand trial by jury.**

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

{

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 31st day of March 2006, to:

Bernard P. Healy (#2072)
91 Friendship Street
Providence, RI 02903
(401) 521-2900