UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRENDA HOGAN AND
RIPAWS, INC.

*Plaintiffs,*

vs.

WALTER BARLOW, JR. AND THE
CITY OF EAST PROVIDENCE

*Defendants.*

[redacted] 06 149 T

C.A. No.

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance for defendants, Walter Barlow, Jr. and The City of East Providence.

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 31st day of March 2006, to:

Bernard P. Healy (#2072)
91 Friendship Street
Providence, RI 02903
(401) 521-2900