UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRENDA HOGAN AND
RIPAWS, INC.

*Plaintiffs,*

vs. C.A. No. 06-149T

WALTER BARLOW, JR. AND THE
CITY OF EAST PROVIDENCE

*Defendants.*

**ENTRY OF APPEARANCE**

Now comes the undersigned attorney and enters her appearance for the defendant, Walter Barlow, Jr. and the City of East Providence, in the above captioned matter.

Defendants,
Walter Barlow, Jr. and the
City of East Providence,
By their attorneys,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Karen K. Corcoran*