UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRENDA HOGAN and RIPAWS, INC., *Plaintiffs,*<br><br>vs.<br><br>WALTER BARLOW, JR. and the CITY OF EAST PROVIDENCE, *Defendants.* | C.A. No. 06-149T |

**ASSENTED-TO MOTION TO EXTEND DATE OF DISCOVERY CLOSURE**

Now come defendants and hereby move to extend the discovery closure date from April 15, 2007 to June 1, 2007. In support of this request, defendants represent that additional discovery is required in order to properly prepare this matter for trial. Defendants further represent that their counsel has conferred with plaintiffs' counsel and that the latter has no objection to this extension.

WHEREFORE, defendants hereby respectfully request that the Pretrial Order entered in the above-referenced matter be amended to extend the discovery closure date to June 1, 2007.

Defendants,
By their attorneys,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 16th day of April, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

Bernard P. Healy
bphealy@verizon.net

*/s/ Marc DeSisto*

Marc DeSisto