# Exhibit A

Case 1:06-cv-00149-T-DLM Document 15-2 Filed 07/02/2007 Page 2 of 2






# LOCAL POSTSCRIPTS

By David Howard

I think we were fooled by the city council last week. I know we have been fooled by them and the school committee in the past.

Both governing bodies know that they can solve the large deficits in the city and school budgets on the backs of the taxpayers and still get re-elected year after year.

That's a sad commentary on them how disinterested the majority of us are in our government and schools. Because if we paid closer attention, neither board would get away with the deficits of the past few years, misdeeds we will pay dearly for in the years ahead.

Let's take the city council, first.

For at least three years, the council has disregarded the advice of both the city manager and finance director on what to charge for a sewer use fee and annual sewer use charge. Each year the council was told that if they did not fund the sewage treatment plant budget with the right amount, the deficit created by their refusal the first year cover the sewer department shortfall, the council opted to delay things again and call for a management audit, likely costing $100,000 and not completed for at least another six to eight months. What the public doesn't know is that before the council sat in public session last week, there were at least three, possibly four votes among them to accept the tax increase to cover the deficit. While it's not right to punish the taxpayers for the mistakes of past and present city councils, at least that action would stop the bleeding

The school department is in even worse shape with its $2.5 million (and growing) deficit, and there's plenty of blame to go around there, too, though harder to place, because the administration and school committee are usually so joined at the hip that both have an equal impact on the shortfall, though for different reasons.

The school administration drafts the budget, and when it did for the 2001-2002 fiscal year, it used a health care

# Letters to the Editor

Editor, *The Post:*

In light of the problems at the Cranston Animal Shelter, East Providence officials would do well to invite volunteers back into the city's shelter.

Prohibiting volunteers from operating within the city shelter has left the animals without an advocate. If we can learn anything from present day events in Cranston or the past horrors in Swansea, MA, surely one can see that volunteers are often the only voice these homeless animals have.

That was certainly the case in East Providence 30 years ago. Conditions at the pound were the catalyst for the formation of the East Providence chapter of Volunteer Services for Animals (VSA).

Employees of the city do not have to love animals to be assigned to work at the shelter. I urge residents to contact the city manager and members of the city council and demand that volunteers be allowed to participate in the shelter's operations.

We may not always like the message the volunteers deliver because it is often one that we'd rather not think about, but their role in animal care and adoption is critical for humane operation of the shelter.

The loss of funds and manpower from severing ties with VSA will impact pet care, rate of placement and potentially lead to an increase in pet euthanasia. It will also inevitably increase taxes, as the city is required to provide staffing to fill the roles filled by VSA.

I am a former resident of East Providence. I continue to support the shelter by co-chairing the annual Pets Santa fundraiser, which has brought thousands of collars over the past years, all of which has gone to help fray the medical needs of animals shelter and reduce the taxpayer den.

Janice (Meek) Griffin,
Little Compton

# Focus on Seniors

Children take vitamins to grow and strong, adults take them to s ment their diets and stay b strong. Researchers at Memorial pital of Rhode Island are now c about an additional benefit of vita for adults: curbing the advance Alzheimer's disease.

The Alzheimer's Disease Memory Disorders Center at Mem is launching a new research st investigate whether vitamin th can reduce cognitive decline Alzheimer's disease. This $100,00 tional, multi-center clinical trial is sored by the Alzheimer's Disease operative Study, a consortium of m Alzheimer's research centers funde the National Institutes of Health.

Locally, researchers want to re approximately 10 people for the st which will involve 400 participants tionwide.

Continued on Page 5

# EAST PROVIDENCE POLICE BEAT