# Exhibit B

budgets, it didn't seem like a big deal, because everyone knew that no jobs would be cut, nor programs noticeably changed.

It's a fact of life that government has continued to grow in our city, despite a decrease in the city's population. Every city and school employee has received regular pay raises, averaging three percent a year, for decades. Every city and school employee receives top flight health care programs, including dental and vision plans, and does not pay a penny for the cost of these plans.

Those in charge will tell you that without these people, the services our community depends upon, wouldn't be the cost of providing school and city services.

Until our appointed and elected officials look at reducing the size and cost of our government, the prophecy city councilman Isadore Ramos made last week will be right on target: "We are going to be driving people out of this city."

Next Tuesday is the time for the voices of people who would rather see some services downsized, instead of paying higher taxes, to let their voice be heard.

If not, then it's time to keep quiet and saving your dollars for next year.


# East Providence Post

*Your Hometown Newspaper*
225 Newman Avenue
East Providence, RI 02916
Phone: 434-7210 • Fax: 434-9469
*Published and Printed by*
*The New Herald Press*
PUBLISHED WEEKLY
(USPS #567-740)
Editor: David B. Howard
Advertising: Mary Nascimento
News Reporter: Andrea M. Howard
Typesetting: Penny Nahabedian
Graphic Design-Layout:
Kimberly Taylor & David Payne
Classified/Circulation: Betty Koczan
Photographers:
Joanne Nicholson, Carol Roy, Paul Tumidajski

Periodical Mail postage paid at Providence, Rhode Island. POSTMASTER, send address changes to the East Providence Post, 225 Newman Avenue, East Providence, RI 02916.

Subscription Rates: Fifty cents a copy. $20 per year ($25 out of state). $17.50 per year Senior Citizens. Bulk rates on request. The Post assumes subscriptions are continuous unless notified to the contrary in writing.

The Post assumes no financial responsibility for typographical errors in advertisements, but will reprint that part of the advertisement in which the typographical error occurs. Advertisers will please notify the management immediately of any error which may occur.

The Post reserves the right to reject advertising submitted for publication. Letters to the editor represent the opinions of the writers, not the editors, and must be signed and include the letter writer's telephone number for verification.


# Do You Remember?

On **April 10, 1942,** the Bataan Death March begins in the Philippines as some 75,000 captured Filipino and American troops start a forced march to a Japanese prison camp. Hundreds of Americans and many more Filipinos would die during the six-day trek, which was punctuated with atrocities committed by the Japanese guards.

On **April 9, 1959,** NASA introduces America's first astronauts to the press: Scott Carpenter, Gordon Cooper Jr., John Glenn Jr., Virgil "Gus" Grissom, Walter Schirra Jr., Alan Shepard Jr, and Donald Slayton.

The seven men, all military test pilots, were carefully selected to take part in Project Mercury, America's first manned space program.

On **April 7, 1969,** legendary race driver Jim Clark dies in a crash during a Formula Two race in Hockenheim, Germany. Clark was a two-time World Champion and won the 1965 Indianapolis 500.

On **April 8, 1974,** Hank Aaron of the Atlanta Braves hits his 715th career homerun, a shot to left center field at

Continued on Page 5

cause the Council could not agree on appropriate measures to provide additional funding. It is truly disgusting that these examples of mismanagement have taken place. It would be even more disgusting if the tax increase is allowed to be anything more than a temporary rescue.

History teaches us that any temporary tax increase will never be rescinded after it has been enacted unless strong sunset provisions are provided in the initial ordinance. A strong case in point is the "temporary" 2% increase from 5% to 7% in the R.I. State sales tax to cover the difficulties of the credit unions several years ago. We all know that that tax did not revert to 5% after the problem was taken care of.

If the council must enact this huge tax increase, it must then be sensible enough to add a sunset feature to the ordinance so that it can last only one year.

Bruce B. Chick
Chairman, East Providence Republican
Ward 1 Committee

Editor, *The Post:*

Will our city council honor its word?

At the Oct. 15, 2002 council meeting, our councilmen unanimously passed a Resolution in Support of The Phillipsdale Initiative, to put the reconstruction of Roger Williams Avenue per the specs of the 1993 Rhode Island Department of Transportation (RIDOT) Project as priority status.

According to the Resolution, if the November, 2002 Bond for Reconstruction of Streets and Sidewalks passed, some of those funds would be allocated for the reconstruction of Roger Williams Avenue. The November Bond was passed.

Our group, "The Phillipsdale Neighbors," after working tirelessly on seeing this Roger Williams Avenue project through since last spring, attended the Tuesday, April 1 council meeting en masse to hear our street, Roger Will-

I am writing in response to a letter from Janice (Meek) Griffin of Little Compton recently published in *The Post.* Griffin believes that the volunteers should be invited back into the city pound to prevent similar conditions that forced the closing of the Cranston Animal Shelter.

She goes on to say that prohibiting volunteers from operating in the city shelter has left the animals without an advocate. Apparently, Griffin has been uninformed, or misinformed, concerning the status of the East Providence city pound, the reasons surrounding the removal of certain, not all, volunteers, and the Cranston Shelter dilemma.

The East Providence volunteers were allowed into the city pound many years ago not solely due to conditions at the facility. However, they were removed in September of 2002 because of conditions at the facility. In fact, the State of Rhode Island was preparing to take action against East Providence for violations relating to adoption records, transfers and foster care, disposal of medical waste, accountability of funds and overcrowding, just a few of the conditions that State Veterinarian, Dr. Christopher Hannafin, cited in his report.

Improvements that needed to be made to the building were minor and completed in less than 30 days.

Griffin writes that 'although we may not always like the message the volunteers deliver, their role in animal care and adoption is critical for humane operation at the shelter.' She states that the loss of funds and manpower by severing ties with the Volunteer Services for Animals will impact pet care, the rate of placement and potentially lead to an increase in euthanasia.

First of all, the City of East Providence did not sever ties with the Volunteer Services for Animals. The East Providence Volunteer Services for Ani-

Continued on Page 5

# Letters

Continued from Page 4

mals volunteers severed their ties to that organization and formed the East Providence Volunteers Saving Animals. Once they had established this new entity, they were no longer entitled to the established VSA funds. Since leaving the East Providence facility, the Volunteers Saving Animals has changed their corporation name to RIPAWS.

Since the Volunteers Saving Animals' departure last September, we have screened new volunteers and interns who continue to walk and help care for the animals. In addition, Rita Falaguerra of the Volunteer Services for Animals, a good friend to our facility and residents, continues to take an active role in caring for and placing our animals. We have not increased the staff at the facility. In fact, we have worked less one full-time animal control officer since last August.

Our staff members are intelligent, dedicated and caring workers who have taken this facility from being the laughing stock of the state, to one that Department of Health staff considers a model facility.

The adoption rate over the last six months has doubled that of the VSA adoptions for the entire year of 2001. In 2001, the VSA arranged for 68 adoptions. Coincidentally, this is the same number that fell to euthanasia at the Cranston Shelter last year. A number, when announced, brought applause from former East Providence volunteers at a town meeting concerning the closing of the Cranston shelter.

however, what they fail to acknowledge is the fact that since September of 2002, the pound staff has placed over 130 animals. And as far as an increase in instances of euthanasia, in 2002 there were only 10 instances of euthanasia in East Providence. These were animals that were sick or injured as a result of abuse or accidents. In 2003, there have been only two instances of euthanasia - a cat with a broken back and another with diabetes.

In the past 15 months, only one dog has been euthanized by our staff. This dog suffered a severe injury to its leg as a result of an attack by a pit bull that entered the pound on April 22, 2001. That dog can still be found at the RIPAWS website, still up for adoption almost two years after entering a shelter environment.

Since the departure of the Volunteers Saving Animals from our facility, care providers and outreach groups have returned to offer their services. Many of which had refused to assist our facility because of the politically hostile environment created by the Volunteers Saving Animals. One such friend who has returned to offer his services to our facility is Dr. Peter Cournoyer and his East Bay Animal Hospital staff who regularly come to the city pound and immunize our animals - free of charge.

As a result of the good management practices now in place at our facility, all the donations and funds collected by the staff are accounted for and available for pet care. That fund now totals in the thousands of dollars just since the departure of the Volunteers Saving Animals. And the money is being spent on animal care. When the volunteers were in the city pound we had to purchase pet food, in bulk, one to two times per month. Since their departure we have not had to purchase pet food since November, 2002.

When the Volunteers Saving Animals had an office in the city pound our paid staff was forced to eat their meals in the animal quarantine room. As a result of that space being cleared and cleaned the staff has a proper dining and meeting area, and animals quarantined for rabies and upper respiratory are no longer co-mingled.

Prior to September, our facility had room for 18 cats in the community room and 10 in quarantine, for a total of 28 cats. There were instances where the cat population rose to 48 and higher. There were cats in travel cages in the VSA office. There were times when as many as 40 cats were being treated for upper respiratory infections, at one time, due to overcrowding.

Since September, only nine cats have been placed in quarantine. These cats were examined by a veterinarian and placed on medicine before entering our quarantine room. There were times when over 30 dogs were housed in our 22-dog capacity facility. several of these dogs are still there more than a year and a half after entering the pound. These numbers do not take into account the animals transferred to other shelters or placed in foster homes that were not properly inspected by the State of Rhode Island. Many of these animals would be taken out-of-state to pet fairs in violation of State Law.

These practices have been discontinued. Currently, we have 10 dogs and five cats in our facility thanks to Rita and our staff.

As a result of the changes in the operations, sick cats are no longer placed in homes with other healthy animals. Animals will no longer be forced to languish bleeding or in pain while volunteer groups debate a course of action or shop for discount medical care. The deception and discrimination of pre-September 2002 will no longer be the norm or tolerated. The people, empowered by state law, to manage operations at the pound are doing so in a fiscally sound and humane way. Disruptive and unmanageable people are the only ones that are not welcome at our facility.

So you see, they may not always like the message the city delivers because it is often one that they would rather not think about, but their role in animal care and adoption is not critical for human operation of the shelter. The city pound is at the bottom of the pay scale. The staff members are not there solely for a paycheck. The workers at the facility are there because they want to be there. They are kind, caring and very competent.

Griffin was correct in pointing out that the removal of the volunteers will impact pet care and the rate of placement. The animals are healthier and the adoption rate is higher than any of the last 10 years. One thing that we no longer see is the civilian complaints concerning discrimination and rude and obnoxious behavior.

Over the past several months, I have made an observation concerning the people that seem to have the most to say concerning the issue of volunteers at the pound and the humane treatment of the animals - that is, they do not, or have never, even visited the facility and the animals.

If these volunteer groups are so vital to the effective and humane operation of animal pounds and shelters, as one volunteer questioned, why are the cities and towns in Rhode Island ending their partnerships with them?

Captain Walter H. Barlow, Jr.
East Providence Police Department

Editor, *The Post:*

On April 2 the East Providence Republican City Committee met and discussed the tax increase proposed by the city council. Although the city council sees no alternative to raising taxes because the money has already been spent, they offer no proposed remedies to curb future reckless spending by the school department and excessive spending on the city side leading taxpayers to assume another increase will be in store for us next year and the year after, and the year after.

We put together a number of alternatives as just a start to bring the budget in line. Of course, these are meant to be recommendations but in the private sector definite workable solutions.

There is no excuse for burdening the

Continued on Page 8