# Exhibit C

RE: Response to Janice (Meek) Griffin and RIPAWS Letter regarding the East Providence Animal Shelter.

I am writing in response to a letter from Janice (Meek) Griffin of Little Compton recently published in the East Providence Post. Ms. Griffin believes that the volunteers should be invited back into the city pound to prevent similar conditions that forced the closing of the Cranston Animal Shelter. She goes on to say that prohibiting volunteers from operating in the city shelter has left the animals without an advocate. Apparently, Ms. Griffin has been uninformed, or misinformed, concerning the status of the East Providence shelter, the reasons surrounding the removal of certain, not all, volunteers, and the Cranston Shelter dilemma.

The East Providence volunteers were allowed into the city pound many years ago not solely due to conditions at the facility. However, they were removed in September of 2002 because of conditions at the facility. In fact, that State of Rhode Island was preparing to take action against the City of East Providence for violations relating to adoption records, transfers and foster care, disposal of medical waste, accountability of funds and overcrowding to name a few cited in a report by State Veterinarian, Dr. Christopher Hannafin. Improvements that needed to be made to the building were minor and completed in less than 30 days.

Ms. Griffin writes that 'although we may not always like the message the volunteers deliver, their role in animal care and adoption is critical for humane operation at the shelter.' She states that the loss of funds and manpower by severing ties with the Volunteer Services for Animals will impact pet care, the rate of placement and potentially lead to an increase in euthanasia.

First of all, the City of East Providence did not sever ties with the Volunteer Services for Animals. The East Providence Volunteer Services for Animals volunteers severed their ties to that organization and formed the East Providence Volunteers Saving Animals. Once they had established this new entity, they were no longer entitled to the established VSA funds. Since leaving the East Providence facility, the Volunteers Saving Animals has changed their corporation name to RIPAWS.

Since the Volunteers Saving Animals departure last September, we have screened new volunteers and interns who continue to walk and help care for the animals. In addition, Rita Falaguerra of the Volunteer Services for Animals, a good friend to our facility and residents, continues to take an active role in caring for and placing our animals. We have not increased the staff at the facility. In fact, we have worked less one full-time animal control officer since last August. Our staff members are intelligent, dedicated and caring workers who have taken this facility from being the laughing stock of the State, to one that Department of Health staff considers a model facility.

The adoption rate over the last sixth months has doubled that of the VSA adoptions for the entire year of 2001. In 2001, the VSA arranged for 68 adoptions. Coincidentally, this is the same number that fell to euthanasia at the Cranston Shelter last year. A number, when announced, brought applause from former East Providence volunteers at a town meeting concerning the closing of the Cranston shelter. However, what they fail to acknowledge is the fact that since September of 2002, the Pound staff has placed over 130 animals. And as far as an increase in instances of euthanasia, in 2002

there were only ten (10) instances of euthanasia in East Providence. These were animals that were sick or injured as a result of abuse or accidents. In 2003, there have been only two instances of euthanasia - a cat with a broken back and another with diabetes. In the past 15 months, only 1 dog has been eutanized by our staff. This dog suffered a severe injury to its leg as a result of an attack by a pit bull that entered the pound on April 22, 2001. That dog can still be found on the RIPAWS website, still up for adoption almost two years after entering their care.

Since the departure of the Volunteers Saving Animals from our facility, care providers and outreach groups have returned to offer their services. Many of which had refused to assist our facility because of the politically hostile environment created by the Volunteers Saving Animals. A few of these care providers are still owed money by the officers of the Volunteers Saving Animals. One such friend who has returned to offer his services to of our facility is Dr. Peter Cournoyer and his East Bay Animals Hospital staff who regularly come to the City Pound and immunize our animals - free-of-charge.

As a result of the good management practices now in place at our facility, all the donations and funds collected by the staff are accounted for and available for pet care. That fund now totals in the thousands of dollars just since the departure of the Volunteers Saving Animals. And the money IS being spent on animal care. When the volunteers were in the city pound we had to purchase pet food, in bulk, one to two times per month. Since their departure we have not had to purchase pet food since November of 2002.

When the Volunteers Saving Animals had an office in the city pound our paid staff was forced to eat their meals in the animal quarantine room. As a result of that space being cleared and cleaned the staff has a proper dining and meeting area, and animals quarantined for rabies and upper respiratory are no longer co-mingled.

Prior to September, our facility had room for 18 cats in the community room and ten in quarantine, for a total of 28 cats. There were instances where the cat population rose to 48 and higher. There were cats in travel cages in the VSA office. There were times when as many as 40 cats were being treated for upper respiratory infections, at one time, due to overcrowding. Since September, only nine cats have been placed in quarantine. These cats were examined by a veterinarian and placed on medicine before entering our quarantine room. There were times when over 30 dogs were housed in our 22 dog capacity facility. Several of these dogs are still there more than a year and one half after entering the pound. These numbers do not take into account the animals transferred to other shelters or placed in foster homes that were not properly inspected by the State of Rhode Island. Many of these animals would be taken out-of-state to pet fairs in violation of State Law. These practices have been discontinued. Currently, we have ten dogs and five cats in our facility thanks to Rita and our staff.

As a result of the changes in the operations, sick cats are no longer placed in homes with other healthy animals. Animals will no longer be forced to languish bleeding or in pain while volunteer groups debate a course of action or shop for discount medical care. The deception and discrimination of pre-September 2002 will no longer be the norm or tolerated. The people, empowered by state law, to manage operations at the pound are doing so in a fiscally sound and humane way. Local businesses and care providers are no longer being threatened because they do not necessarily subscribe to another person's fanaticism. Disruptive and unmanageable people are the only ones that are not welcome at our facility.

So you see, they may not always like the message the City delivers because it is often one that they would rather not think about, but their role in animal care and adoption is not critical for humane operation of the shelter. The city pound is at the bottom of the pay scale. The staff members are not there solely for a paycheck. The workers at the facility are there because they want to be there. They are kind, caring and very competent.

Ms. Griffin was correct in pointing out that the removal of the volunteers will impact pet care and the rate of placement. The animals are healthier and the adoption rate is higher than any of the last ten years. One thing that we no longer see is the civilian complaints concerning discrimination and rude and obnoxious behavior. As for the euthanasia issue, the then director of the East Providence Volunteers Saving Animals, the present director of RIPAWS agreed to a policy concerning euthanasia and signed an addendum. That policy indicated that euthanasia would be performed before the shelter reached its capacity for dogs or cats. As the population at times doubled our capacity, I never enforced that policy.

Over the past several months, I have made an observation concerning the people that seem to have the most to say concerning the issue of volunteers at the Pound and the humane treatment of the animals - that is, they do not, or have never, even visited the facility and the animals.

Now, regarding the recent e-mail from the director of RIPAWS. I know many of you have already spoken with the Chief of Police, Gary Dias, concerning that e-mail. He has had an opportunity to speak with many of you and calm your fears. As the Officer-in-Charge of that facility, I have been instructed to respond in order to dispel any false notions that the letter has generated amongst you.

First, I find it suspect that a person not affiliated with RIPAWS would seek them out to inform them of their concern for five dogs that RIPAWS has desperately tried to get their hands on. The animals are in the care and custody of the City of East Providence. Here, we collect an adoption fee of $20.00 that is refundable. However, when you go to the RIPAWS website and make inquiries regarding these animals, they indicate that these animals will cost you an additional $100. They will also inform you that you must fill out an adoption application to them for these same animals. That is not true. You may legally adopt them from the East Providence Shelter without paying the $100 to RIPAWS. Basically, they are selling something that is not theirs to sell. Legally, it is obtaining money under false pretenses – a crime.

The author of the e-mail states that this unidentified informant indicated that there were signs on these animal's cages indicating that they are "unadoptable". That is not true. The only sign that we place on a run is when the animals are in quarantine. The only indications that a animals is not adoptable is when we write on their kennel card that they are "not available" due to the fact that they are privately owned or the five day waiting period is being enforced. Several dogs had been placed on the opposite side of the shelter for several days while they were being treated for kennel cough. The dogs are in public's view and do receive exercise and human contact. There are some that the city considers not adoptable due to liability issues.

The author of the RIPAWS letter indicates that the city has no proof of aggressive behavior by any of these animals. That is also untrue. One of these animals, a pit bull, knocked a disabled woman to the street and bit her behind the knee. The woman, age 42,

was treated by East Providence Rescue and later hospitalized with an infection for several days. After attacking the woman, the dog proceeded to attack another dog that was tied outside a residence. Police officers were forced to cap-stun the animal to stop the attack on the other dog. The animal then turned on the officers who were force to use more cap-stun and batons to ward off the dog's attack on them. They were finally able to corner the dog and get a noose around her to get her into a transport van.

The author of the RIPAWS letter indicates that the Chief of Police told a liaison that he would release these dogs to them. As many of you may have already been told in your communications with Chief Dias, he has not promised to release these dogs to RIPAWS. So, again, the author has been untruthful.

The author's position is that the continued impoundment of these dogs under these conditions constitutes inhumane behavior and animal cruelty. I agree. RIPAWS has the dog that I referred to earlier, the dog that chewed the other dog's foot off. His name is Gary. He continues to be kept in a kennel by RIPAWS. He has been so since the day he entered our shelter on April 22, 2001. RIPAWS lists him as "Urgent". Why has he not been adopted in almost two years?

I can tell you about inhumane treatment and animal cruelty. When the officers of the Volunteers Saving Animals were the East Providence Volunteer Services for Animals, there was a dog by the name Libby at our facility. Libby, a pit bull mix, entered our facility on 9/20/2000 with several tumors. One that hung off her side was the size of an orange. The volunteers had the tumor removed and a biopsy revealed that Libby had cancer. The VSA volunteers allowed Libby to languish in pain until she was skin and bones. Libby was finally euthanized on 2/18/2001.

Most recently in 2003, Pedro entered our facility. Pedro is approximately 7 years old. After being in our facility for a couple of weeks, his tail began to bleed from slapping against the walls of his run. He developed a tumor on his leg. He was drinking and urinating, constantly. The city staff took Pedro to the veterinarian. The price to remove the tumor and perform a biopsy, crop his tail and address other issues would be at a cost of $600. As agreed, we immediately gave RIPAWS and other volunteer groups the opportunity to provide care for Pedro. Three weeks went by before Pedro was taken by the volunteer's liaison. He had, by then, lost part of his tail and was obviously in pain. The reason that I was given for the delay was, first, that the group was unable to meet due to the snowstorm. Finally, it was because they were shopping around for a cheaper rate. I understand that Pedro is doing well, now.

I certainly do not expect you to believe all that I have told you. However, it is true. I invite any and all of you to meet with me and I will allow you to read the 246 pages of a five-month study that I conducted on practices and services at the Shelter. I will allow you to view photographic, video, testimonial and documentary evidence in support of all that I have written in this letter.

The author of the letter is correct. There is a liar amongst us. I have the proof.

Captain Walter H. Barlow, Jr.
East Providence Police Department