# Exhibit D

# *TAPED TELEPHONE CONVERSATION*

**DATE:** April 12, 2003

**BETWEEN:** Captain Walter Barlow, East Providence Police and Kim Casci

---

CAPT. BARLOW: .........You know what, I am so pissed off, I am so tired......... (Interference on line)....... goddamn position, they won't let me – you know what, before I go, I am gonna just – I am just gonna go haywire. I'm telling you. I cannot stand this anymore. I am sick and tired –

MS. CASCI: You can ask your Chief, I have never made a derogatory statement about you; I have never said anything about you to him. When I did talk to him, it was to release – if it would be possible to release those dogs and why can't I go into the shelter. That was my question to him, all right? I know people in the Attorney General's office, nobody's filing a complaint against you. They're just friends of mine. There is no complaint, I have no desire to file a complaint. I don't even want to bring you up in front of the Council –

\PT. BARLOW: You know what –

MS. CASCI: Okay? I'm not going to bring you up.

CAPT. BARLOW: This is not taking any more of my time. It's not taking any more of my time. You know why? If it's gonna take my time, then I'm gonna use it very wisely. I'm gonna use it very wisely. Kim, you don't know how pissed off I am. You don't know how I can be when I get pissed. I am going to take your sister – tell your sister if she has a dream, she better get away from that woman because you know what, Armageddon's coming. I'm gonna use everything at my disposal to destroy that organization. I will use everything and you know what, I have an awful lot to do.

.. CASCI: Hello?

CAPT. BARLOW: Yes.

MS. CASCI: Oh. Look, I don't know –

CAPT. BARLOW: Kim, I don't know ....on the docket for Tuesday. Do not go on the docket for Tuesday.

MS. CASCI: It's not about you, Walter.

CAPT. BARLOW: I've put -- wait a minute. I put a power point presentation together for Tuesday to address all kinds of issues and I'm telling you right now –

MS. CASCI: All my issues are -- are why can't I go back in the shelter and --

CAPT. BARLOW: No, you can't.

.. CASCI: Why?

CAPT. BARLOW: Because you can't. You can't, because of – of -- of your connection

to her, because of –

MS. CASCI: I -- I even told the Chief, I'd go in under Rita.

CAPT. BARLOW: .........feet drag because of the way things are done. I don't know you if you've read The Post. I wrote an article for The Post -- a letter for The Post. They printed it this week. You know what? I am going after those people now. I sat back. They sit there and ...... dogs, but paying them money under.......pretenses. False advertising. I am gonna use everything in my disposal to kill that woman. I am. You know what? There are is – and there's so many things that I could do that I haven't done; but you know what, now I'm gonna do them. She has no money; she has no job; she has no income; she has -- she has nothing to use at her disposal. She's been to attorneys that I know and contacted attorneys that I know trying to get them to work pro bono to sue me, but guess what's coming? I am gonna shove it right up her ass now. I will be charging her criminally. I will be.

MS. CASCI: What does that have to do with those dogs or me?

CAPT. BARLOW: Whoa, whoa –

MS. CASCI: What do you want me to do?

CAPT. BARLOW: Why would -- you know, the dogs have nothing to do with this. The dogs are ...... believe that one dog has bitten. It's vicious. The other dogs are aggressive and they should not leave –

MS. CASCI: Okay.

CAPT. BARLOW: -- our facility.

MS. CASCI: So -- so what's -- so what's the big deal about – about what we said we were gonna do which was bring in a person to evaluate. What did that have to do with her?

CAPT. BARLOW: I did bring in people to evaluate; and not only that, since my letter went out to her ..... list, I've had people volunteer to ......... People that I've spoke to on the phone that are level-headed, that aren't going to cause a commotion, but........commotion or do what you want to do, but you know what, Kim, you have your own animals. Worry about your own animals. The animals at the pound are being treated medical (unintelligible).............and then lies, the lies that have been put out. The lies that have gone between you -- you people –

MS. CASCI: What lies – what lies did I say?

CAPT. BARLOW: What lies?

MS. CASCI: Yes, what lies did I say?

CAPT. BARLOW: That they're -- they're -- they're --...........(Unintelligible)

MS. CASCI: I -- Walter, you're -- you're slipping out.

CAPT. BARLOW: She .... lies .....

MS. CASCI: Walter, you're slipping out. I didn't hear you.

CAPT. BARLOW: Wait a minute.

MS. CASCI: ... slipped out.

ᐣT. BARLOW: You know what? Did you -- do you know about the letter that she sent to Petco?

MS. CASCI: No, I don't know about letters she sends to Petco, okay? I don't write letters for

her. I am at work. I did get a copy --

CAPT. BARLOW: You're --

MS. CASCI: -- of a response that she --

CAPT. BARLOW: You know what?

MS. CASCI: -- received from Petco that --

CAPT. BARLOW: You're associated with her. You do her bidding.

MS. CASCI: Well, Walter, people are not guilty because --

CAPT. BARLOW: You -- she --

MS. CASCI: -- they choose to talk --

CAPT. BARLOW: -- she used you to --

. CASCI: -- to somebody. Wait a minute.

CAPT. BARLOW: She has used you, forced you, kicked you in the gutter, and left you and just walked out? You know what, Kim, I know that you've had your cable shut. I know you had your phone shut off because you're paying for some of this shit. This person has done this to you, and you're gonna continue to do her bidding.

MS. CASCI: No, I'm not. To be honest with you, I don't even want to do this anymore, Walter. I'm really not even interested.

CAPT. BARLOW: Well, you know what? You know what? Then you know what? Then get away from it. Take me of the docket because, Kim, I'm telling you right now, I'm gonna be there and -- and -- ............... you know what, I will .... issue. I will address .....

. CASCI: There's no way .....

CAPT. BARLOW: Joe Larisa can -- Joe Larisa can ...... what he wants, but you know what, I'm

gonna make such a convincing case –

MS. CASCI: Against what? Why I can't come in the shelter?

CAPT. BARLOW: That's right. Yes, I am. Yes, I am.

MS. CASCI: Because my sister talks to some lady that you don't like?

CAPT. BARLOW: No, your sister talks to ................(interruption in line). I have ..... from you sister ..... PAWS, you know? Please, give me a break. You know what? Please, if you don't believe it yourself, then you should really sit back and look at what those people have done. You know what? You can go into the pound; but no one, no one is gonna have decision-making power over anything there anymore. There's volunteers there, Rita –

. CASCI: Nobody wants to make decisions and I've already offered to go in under Rita, and Rita's fine with that, and I spoke to the woman at VSA and she is fine with that. I've already said I would go in under Rita.

CAPT. BARLOW: Kim –

MS. CASCI: And besides that, there's --

CAPT. BARLOW: You know what?

MS. CASCI: -- there's no decisions.

CAPT. BARLOW: You know what? You've tainted yourself by associating yourself with that woman. That's the big deal about it, and you know what? I'm gonna...............

MS. CASCI: Walter, you're the one who gave her ammunition when you said that she could take those dogs and then pulled it back. Don't blame me that she flipped out afterwards.

CAPT. BARLOW: ..............pulled it back? .........

MS. CASCI: Yes, you said that she could have them and then you took it back and then she got – then she lost it and I'm to blame because she flipped out. She got angry.

****************************************