UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRENDA HOGAN and RIPAWS, INC.

VS C.A.: 06-149T

WALTER BARLOW, JR., and THE CITY OF
EAST PROVIDENCE

PROPOSED VOIR DIRE QUESTIONS

Now comes the Plaintiff, BRENDA HOGAN, and submits the proposed Voir Dire questions to be submitted to the prospective jurors:

1) Are you or has any member of your family ever been a member of the East Providence Police Department?

2) Are you or has any member of your immediate family ever been employed as a police officer?

3) Are you or has any member of your family ever been employed as an animal control officer, pound keeper, or dog catcher?

4) Have you ever been a party to a lawsuit?

5) If so, what type of lawsuit?

6) Do you own any pets?

7) Are you a member of any animal protection societies, animal relief agencies, etc.?

8) If so, which society, agency, etc.?

9) Have you ever worked in a dog pound or animal shelter of any sort?

10) Have you ever been employed by a municipality either in this state or elsewhere?

11) If so, which municipality?

12) If so, what was your position with the municipality?

13) Do you know either personally or by reputation the defendant in this action, Captain Walter Barlow, Jr.?

14) Do you know either personally or by reputation Kim Casci, a witness in this matter?

15) Do you know either personally or by reputation Marybeth Bowden a witness in this matter?

16) Do you know either personally or by reputation Lelania Alle a witness in this matter?

17) Do you know either personally or by reputation Mary D'Agostino, a witness in this matter?

18) Do you know either personally or by reputation Gary Dias, a witness in this case?

19) Do you know either personally or by reputation Janice Mitchell, potentially a witness in this case?

20) Have you ever delivered an animal to a municipal animal shelter or pound?

21) Have you ever been bitten by a dog?

22) In caring for your pets, have you ever administered shots to them?

23) Are you or has any member of your family an employee of the Rhode Island Department of Environmental Management?

24) If so, in what capacity do you or your family member work (works) for the Department of Environmental Management?

The Plaintiff
BRENDA HOGAN and
RIPAWS., INC.
By their attorney:

s/ Bernard P. Healy #2072
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260

CERTIFICATION

I hereby certify that on this date of October 23, 2007 a true copy of the herein was sent to Marc DeSisto, Esquire at DeSisto Law, 211 Angell Street, PO Box 2563, Providence, RI 02906-2563 by fax and hand delivery.

s/ Dorothy Healy