**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BRENDA HOGAN and**
**RIPAWS, Inc.**

**v.** C. A. No. 06-149-02T

**WALTER BARLOW and**
**City of East Providence**

# VERDICT

We, the Jury, find: (Check appropriate line)

Re: Claims of Brenda Hogan v. Walter Barlow

For Brenda Hogan______ For Walter Barlow ✓

Re: Claims of Brenda Hogan v. City of East Providence

For Brenda Hogan______ For City of East Providence ✓

Re: Claims of RIPAWS, Inc. v. Walter Barlow

For RIPAWS, Inc. ______ For Walter Barlow ✓

Re: Claims of RIPAWS, Inc. v. City of East Providence

For ~~Brenda Hogan~~ RIPAWS ______ For City of East Providence ✓

If you find in favor of Brenda Hogan, please state the amount of damages, if any, to be awarded against:

| | Walter Barlow | City of East Providence |
|---|---|---|
| compensatory | $________ | $________ |
| or nominal | $________ | $________ |
| punitive | $________ | $________ |

If you find in favor of RIPAWS, Inc., please state the amount of damages, if any, to be awarded against:

| | Walter Barlow | City of East Providence |
|---|---|---|
| compensatory | $________ | $________ |
| or nominal | $________ | $________ |
| punitive | $________ | $________ |

[signature]
Signature of Foreperson

10/31/07
Date: