AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Hogan v. Barlow

CASE NUMBER: CA06-149 T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TORRES | B. Healy | M. DeSisto |
| TRIAL DATE(S) 10/29/07 - | COURT REPORTER D. Lajoie | COURTROOM DEPUTY R. Jackson |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | W-1 | | | Brenda Hogan (10/29/07) |
| 1 | | | ✓ | | 8/8/00 memo from Chief Gary Dias (EPPD) |
| 2 | | 10/29/07 | ✓ | ✓ | 3/7/02 memo from Chief Gary Dias |
| 4 | | 10/29/07 | ✓ | ✓ | Volunteer Services for Animals Adoption Application |
| 3 | | | ✓ | | EP-VSA Guidelines for Adoption |
| 10 | | | ✓ | | 3/16/02 ltr. from B. Hogan to Capt. Barlow |
| 12 | | 10/29/07 | ✓ | ✓ | 3/25/02 Ltr. of understanding b/w Dias & Hogan |
| | A | 10/29/07 | ✓ | ✓ | 4/15/03 Email from S. Francis to B. Hogan |
| 5 | | 10/29/07 | ✓ | ✓ | E.P. Post - Letter from Janet Meek Griffin |
| 6 | | 10/29/07 | ✓ | ✓ | 3/29/03 Ltr. Response to Griffin from Barlow |
| 7 | | 10/29/07 | ✓ | ✓ | Ltr. Response from ~~Griffin~~ Barlow to Griffin |
| 13 | | 10/29/07 | ✓ | ✓ | 3/31/03 (4:11 pm) email from B. Hogan |
| | E | 10/29/07 | ✓ | ✓ | 9/5/02 Ltr from RIDEM to City of E. Providence |
| 18 | | 10/29/07 | ✓ | ✓ | 8/27/02 email from Hogan to Hannafin |
| | F | 10/29/07 | ✓ | ✓ | 9/6/02 Ltr. to Hogan from Lamont |
| 19 | | | ✓ | | 2/20/03 Email from B. Hogan to Chief Dias |
| | JJ | 10/30/07 | ✓ | ✓ | 7/24/02 Ltr. to B. Hogan from T. Livingston |
| ✓ | | W-1 | | | Brenda Hogan (con't - 10/30/07) |
| ✓ | | W-2 | | | Kim Casci (10/30/07) |
| 17 | | 10/30/07 | ✓ | ✓ | CD copy of recorded conversation (audio) |
| 16 | | | ✓ | | 4/12/03 transcript of taped telephone call |
| 15 | | | ✓ | | 3/4/03 transcript of taped telephone call |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hogan v. Barlow CASE NUMBER: CA06-149T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | W-3 | | | Walter Barlow (10/30/07) |
| 14 | | 10/30/07 | ✓ | ✓ | 10/21/02 Emails b/w Barlow & J. Larisa |
| | KK | 10/30/07 | ✓ | ✓ | 7/21/02 Ltr. to Barlow from Hogan & other correspondence |
| ✓ | | W-4 | | | Marybeth Bowden (10/30/07) |
| ✓ | | W-1 | | | Brenda Hogan (recalled by π; 10/30/07) |
| | ✓ | W-3 | | | Walter Barlow (10/30/07) |
| | V | 10/30/07 | ✓ | ✓ | 4/25/02 Officer Rpt by K. van Gyzen |
| ✓ | | W-5 | | | Hubert Paquette (10/31/07) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |