***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

*OFFICE OF THE CLERK*

*July 3, 2008*

*CA06-149T*
*Brenda Hogan, et al. v. Walter Barlow, et al.*



*Dear Counsel:*

*In accordance with Rule 103(d) of the Local Rules, the Clerk of the District Court has been holding exhibits* in the above-entitled action.*

*It is requested that your office send a representative on or before July 11, 2008, to retrieve these exhibits. If not, the Clerk will dispose of them without further notice.*

*Sincerely yours,*
*David A. DiMarzio*
*Clerk of Court*

*BY:* ***Rana Smith,*** *Deputy Clerk*
***(401) 752-7203***

****Plaintiff's Exhibits re: 10/2007 Jury Trial*** (sixteen exhibits)

****Defendant's Exhibits re: 10/2007 Jury Trial*** (six exhibits)