UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Brenda Hogan, et al.
Plaintiff,

vs. Case No. CA06-149T

Walter Barlow, et al.
Defendant.

**EXHIBIT RECEIPT**

**Defendant's** Jury Trial Exhibit(s)- A, E, F, V, JJ, and KK.

David A. DiMarzio, Clerk

Signature of Attorney
Date:
7-9-08

Deputy Clerk